UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: JONES, BRIAN S § Case No. 09-38035
JONES, SANDRA L §
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that CHARLES J. MYLER_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn St.
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 30 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 on 9/1/11 in Courtroom 250, United States Courthouse, 100 S. Third St.
Geneva, IL 60134.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/22/2011     By: /s/CHARLES J. MYLER
                                                    Trustee

CHARLES J. MYLER
105 EAST GALENA BLVD.
8TH FLOOR
AURORA, IL 60505
(630) 897-8475

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: JONES, BRIAN S | § Case No. 09-38035 |
|---|---|
| JONES, SANDRA L | § |
| | § |
| Debtor(s) | § |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 19,690.45 |
| *and approved disbursements of* | $ 3,558.00 |
| *leaving a balance on hand of* [1] | $ 16,132.45 |
| **Balance on hand:** | $ 16,132.45 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 16,132.45 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - CHARLES J. MYLER | 1,478.58 | 0.00 | 1,478.58 |
| Trustee, Expenses - Charles J. Myler | 13.47 | 0.00 | 13.47 |
| Attorney for Trustee, Fees - Myler, Ruddy & McTavish | 3,965.00 | 0.00 | 3,965.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 5,457.05 |
| Remaining balance: | $ | 10,675.40 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 10,675.40

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $101.70 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3P | Illinois Department of Revenue | 101.70 | 0.00 | 101.70 |

Total to be paid for priority claims: $ 101.70
Remaining balance: $ 10,573.70

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,714.75 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | B-Real, LLC | 376.00 | 0.00 | 376.00 |
| 2 | Roundup Funding, LLC | 1,138.65 | 0.00 | 1,138.65 |
| 3U | Illinois Department of Revenue | 40.10 | 0.00 | 40.10 |
| 4 | Vativ Recovery Solutions LLC | 160.00 | 0.00 | 160.00 |

Total to be paid for timely general unsecured claims: $ 1,714.75
Remaining balance: $ 8,858.95

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 8,858.95

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 8,858.95

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.4% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $12.33. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $8,846.62.

UST Form 101-7-NFR (10/1/2010)

Prepared By: /s/CHARLES J. MYLER
Trustee

CHARLES J. MYLER
105 EAST GALENA BLVD.
8TH FLOOR
AURORA, IL  60505
(630) 897-8475

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

```
                        United States Bankruptcy Court
                        Northern District of Illinois

In re:                                                   Case No. 09-38035-MB
Brian S Jones                                            Chapter 7
Sandra L Jones
        Debtors                   CERTIFICATE OF NOTICE
District/off: 0752-1         User: adragonet            Page 1 of 2              Date Rcvd: Jul 20, 2011
                             Form ID: pdf006            Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 22, 2011.
db/jdb       +Brian S Jones,    Sandra L Jones,    420 Orion,    Batavia, IL 60510-1333
aty          +Derrick B Hager,    Derrick B Hager, P.C.,    1525 Kautz Rd. Suite 400,
               West Chicago, IL 60185-9607
aty          +Richard G Larsen,    Myler, Ruddy & McTavish,    105 E. Galena Blvd., 8th Floor,
               Aurora, IL 60505-3338
tr           +Charles J Myler,    Myler Ruddy & McTavish,    105 East Galena Boulevard,    8th Floor,
               Aurora, IL 60505-3338
14567051    ++AMERICREDIT,    PO BOX 183853,    ARLINGTON TX 76096-3853
              (address filed with court: Americredit,     Po Box 183853,    Arlington, TX 76096)
14567052     +Arrow Financial Services,    5996 W Touhy Ave,    Niles, IL 60714-4610
14567053     +Aspire/cb&t,    Pob 105555,   Atlanta, GA 30348-5555
14567054     +Blatt, Hasenmiller, Leibsker & Moor,    125 S. Wacker Dr.,    Suite 400,   Chicago, IL 60606-4440
14567055     +Blitt and Gaines, PC,    661 W. Glenn Ave.,    Wheeling, IL 60090-6017
14567056    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital 1 Bank,     Attn: C/O TSYS Debt Management,    Po Box 5155,
               Norcross, GA 30091)
14567059    ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
              (address filed with court: Credit Acceptance,     25505 W 12 Mile Rd,    Southfield, MI 48034)
14567057      Central Credit Services, Inc.,    PO Box 15118,    Jacksonville, FL 32239-5118
14567058     +Cmntyprp Mng,    2901 Butterfield,   Oakbrook, IL 60523-1106
14567060     +Credit Management,    4200 International Pwy,    Carrolton, TX 75007-1912
14567061     +Credit Protect Assoc.,    Attn: Credit Protection Association,    Po Box 802068,
               Dallas, TX 75380-2068
14567062     +Credit Recovery Inc,    311 E Mckinley Rd,    Ottawa, IL 61350-4805
14567063      Delnor Community Hospital,    Mail Processing Center,    PO Box 739,   Moline, IL 61266-0739
14567064     +Dependon Collection Se,    120 W 22d St Ste 360,    Oakbrook, IL 60523-4070
14567065     +ER Solutions, Inc,    500 SW 7th St. #A100,    PO Box 9004,   Renton, WA 98057-9004
14567066     +First National Collection Bureau,    610 Waltham Way,    Sparks, NV 89434-6695
16551684      Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,   Chicago, IL  60664-0338
14567068      Illinois Department of Revenue,    PO Box 9001,   Springfield, IL 62794-9001
14567069     +Kane Anesthesia Associate,    34536 Eagle Way,    Chicago, IL 60678-1345
14567070     +Kca Financial Svcs,    628 North St,   Geneva, IL 60134-1356
14567074     +NCO Financial Systems,    Po Box 4907,   Trenton, NJ 08650-4907
14567072     +National Ser,    18820 Aurora Avenu Suite 205,    Shoreline, WA 98133-3900
14567073     +Nationwide Credit Inc,    2015 Vaughn Rd Nw Ste 30,    Kennesaw, GA 30144-7801
14567078    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recoveries,     Po Box 12914,   Norfolk, VA 23541)
14567076     +Palisades Collections,    Attn: Bankruptcy,    Po Box 1244,   Englewood Cliffs, NJ 07632-0244
14567077     +Paradigm Acceptance Co,    2504 Build America Dr,    Hampton, VA 23666-3223
14567081     +TRI CITY RADIOLOGY,    9410 COMPUBILL DR.,    Orland Park, IL 60462-2627
14567079     +Target,   Po Box 9475,    Minneapolis, MN 55440-9475
14567082     +Unifund,    10625 Techwoods Circle,   Cincinnati, OH 45242-2846
14567083     +Valley Emergency Care,    PO Box 9030,   Wheeling, IL 60090-9030

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14567050     +E-mail/PDF: recoverybankruptcy@afninet.com Jul 21 2011 01:33:35      Afni, Inc.,
               Attn: DP Recovery Support,    Po Box 3427,   Bloomington, IL 61702-3427
16432505      E-mail/PDF: BNCEmails@blinellc.com Jul 21 2011 01:13:11      B-Real, LLC,   MS 550,    PO Box 91121,
               Seattle, WA 98111-9221
14567067     +E-mail/Text: bkynotice@harvardcollect.com Jul 21 2011 00:24:38       Harvard Collection,
               4839 N Elston Ave,    Chicago, IL 60630-2589
14567071     +E-mail/Text: brenden.magnino@mcmcg.com Jul 21 2011 00:09:52       Midland Credit Mgmt,
               8875 Aero Dr   Ste 200,    San Diego, CA 92123-2255
14567075     +E-mail/Text: bankrup@nicor.com Jul 21 2011 00:08:02      Nicor Gas,
               Attention: Bankruptcy Department,    1844 Ferry Road,    Naperville, IL 60563-9662
16432507      E-mail/PDF: BNCEmails@blinellc.com Jul 21 2011 01:13:11      Roundup Funding, LLC,   MS 550,
               PO Box 91121,    Seattle, WA 98111-9221
16635604     +E-mail/Text: ebn@vativrecovery.com Jul 21 2011 00:40:25      Vativ Recovery Solutions LLC,
               As Agent For Palisades Collections, LLC,    PO Box 40728,   Houston TX 77240-0728
                                                                                               TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Charles J Myler,    Myler Ruddy & McTavish,    105 East Galena Boulevard,    8th Floor,
               Aurora, IL 60505-3338
14567080    ##+Transworld Systems, Inc,    25 Northwest Point Blvd #750,   Elk Grove Village, IL 60007-1058
                                                                                               TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: adragonet            Page 2 of 2                  Date Rcvd: Jul 20, 2011
                              Form ID: pdf006            Total Noticed: 41
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 22, 2011**                        **Signature:**    _Joseph Speetjens_