UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: JONES, BRIAN S § Case No. 09-38035
JONES, SANDRA L §
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

CHARLES J. MYLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $4,435.00 *(without deducting any secured claims)* | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $1,828.81 | Claims Discharged Without Payment: $29,567.00 |
| Total Expenses of Administration: $5,457.06 | |

3) Total gross receipts of $ 19,690.84 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 12,404.97 (see **Exhibit 2**), yielded net receipts of $7,285.87 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 3,978.47 | 5,457.06 | 5,457.06 | 5,457.06 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 130.00 | 101.70 | 101.70 | 101.70 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 29,567.00 | 1,727.11 | 1,727.11 | 1,727.11 |
| TOTAL DISBURSEMENTS | $33,675.47 | $7,285.87 | $7,285.87 | $7,285.87 |

4) This case was originally filed under Chapter 7 on October 12, 2009. The case was pending for 24 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/12/2011         By: /s/CHARLES J. MYLER
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Interest in estate of Clara Hayes | 1129-000 | 19,690.24 |
| Interest Income | 1270-000 | 0.60 |
| **TOTAL GROSS RECEIPTS** | | **$19,690.84** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Sandra Jones | Exemption | 8100-002 | 3,558.00 |
| JONES, BRIAN S | Dividend paid 100.00% on $8,846.97; Claim# SURPLUS; Filed: $8,846.97; Reference: | 8200-003 | 0.00 |
| JONES, BRIAN S | Dividend paid 100.00% on $8,846.97; Claim# SURPLUS; Filed: $8,846.97; Reference: | 8200-000 | 8,846.97 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$12,404.97** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CHARLES J. MYLER | 2100-000 | N/A | 1,478.59 | 1,478.59 | 1,478.59 |
| Charles J. Myler | 2200-000 | N/A | 13.47 | 13.47 | 13.47 |
| Myler, Ruddy & McTavish | 3110-000 | N/A | 3,965.00 | 3,965.00 | 3,965.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 5,457.06 | 5,457.06 | 5,457.06 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3P | Illinois Department of Revenue | 5800-000 | 130.00 | 101.70 | 101.70 | 101.70 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 130.00 | 101.70 | 101.70 | 101.70 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | B-Real, LLC | 7100-000 | N/A | 376.00 | 376.00 | 376.00 |
| 1I | B-Real, LLC | 7990-000 | N/A | 2.56 | 2.56 | 2.56 |
| 2 | Roundup Funding, LLC | 7100-000 | N/A | 1,138.65 | 1,138.65 | 1,138.65 |
| 2I | Roundup Funding, LLC | 7990-000 | N/A | 7.75 | 7.75 | 7.75 |
| 3U | Illinois Department of Revenue | 7100-000 | N/A | 40.10 | 40.10 | 40.10 |
| 4 | Vativ Recovery Solutions LLC | 7100-000 | N/A | 160.00 | 160.00 | 160.00 |
| 4I | Vativ Recovery Solutions LLC | 7990-000 | N/A | 1.09 | 1.09 | 1.09 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| 3PI | Illinois Department of Revenue | 7990-000 | 0.00 | 0.69 | 0.69 | 0.69 |
| 3UI | Illinois Department of Revenue | 7990-000 | N/A | 0.27 | 0.27 | 0.27 |
| NOTFILED | NCO Financial Systems | 7100-000 | 403.00 | N/A | N/A | 0.00 |
| NOTFILED | Nationwide Credit Inc | 7100-000 | 211.00 | N/A | N/A | 0.00 |
| NOTFILED | Nicor Gas | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Palisades Collections | 7100-000 | 260.00 | N/A | N/A | 0.00 |
| NOTFILED | Kca Financial Svcs | 7100-000 | 84.00 | N/A | N/A | 0.00 |
| NOTFILED | Midland Credit Mgmt | 7100-000 | 255.00 | N/A | N/A | 0.00 |
| NOTFILED | National Ser | 7100-000 | 251.00 | N/A | N/A | 0.00 |
| NOTFILED | Target | 7100-000 | 346.00 | N/A | N/A | 0.00 |
| NOTFILED | Unifund | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | Valley Emergency Care | 7100-000 | 46.00 | N/A | N/A | 0.00 |
| NOTFILED | TRI CITY RADIOLOGY | 7100-000 | 29.00 | N/A | N/A | 0.00 |
| NOTFILED | Transworld Systems, Inc | 7100-000 | 642.00 | N/A | N/A | 0.00 |
| NOTFILED | Portfolio Recoveries | 7100-000 | 176.00 | N/A | N/A | 0.00 |
| NOTFILED | Paradigm Acceptance Co | 7100-000 | 1,717.00 | N/A | N/A | 0.00 |
| NOTFILED | Kane Anesthesia Associate | 7100-000 | 376.00 | N/A | N/A | 0.00 |
| NOTFILED | Harvard Collection | 7100-000 | 83.00 | N/A | N/A | 0.00 |
| NOTFILED | Harvard Collection | 7100-000 | 1,458.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital 1 Bank | 7100-000 | 6,544.00 | N/A | N/A | 0.00 |
| NOTFILED | Americredit | 7100-000 | 6,123.00 | N/A | N/A | 0.00 |
| NOTFILED | Afni, Inc. | 7100-000 | 416.00 | N/A | N/A | 0.00 |
| NOTFILED | Central Credit Services, Inc. | 7100-000 | 1,220.00 | N/A | N/A | 0.00 |
| NOTFILED | Arrow Financial Services | 7100-000 | 609.00 | N/A | N/A | 0.00 |
| NOTFILED | Cmntyprp Mng | 7100-000 | 1,458.00 | N/A | N/A | 0.00 |
| NOTFILED | ER Solutions, Inc | 7100-000 | 439.00 | N/A | N/A | 0.00 |
| NOTFILED | Delnor Community Hospital Mail Processing Center | 7100-000 | 1,120.00 | N/A | N/A | 0.00 |
| NOTFILED | Dependon Collection Se | 7100-000 | 1,691.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit Recovery Inc | 7100-000 | 846.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit Protect Assoc. | 7100-000 | 90.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit Acceptance | 7100-000 | 2,433.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit Management | 7100-000 | 141.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 29,567.00 | 1,727.11 | 1,727.11 | 1,727.11 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-38035  
**Case Name:** JONES, BRIAN S  
JONES, SANDRA L  
**Period Ending:** 10/12/11

**Trustee:** (330510) CHARLES J. MYLER  
**Filed (f) or Converted (c):** 10/12/09 (f)  
**§341(a) Meeting Date:** 11/23/09  
**Claims Bar Date:** 02/09/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | on person | 25.00 | 25.00 | DA | 0.00 | FA |
| 2 | TCF Bank - checking | 200.00 | 200.00 | DA | 0.00 | FA |
| 3 | TCF Bank - Savings | 10.00 | 10.00 | DA | 0.00 | FA |
| 4 | cloth sofa (30 yo), 2001 Gateway computer system | 500.00 | 500.00 | DA | 0.00 | FA |
| 5 | necessary wearing apparel | 200.00 | 200.00 | DA | 0.00 | FA |
| 6 | wedding bands, gold necklace with Journey pendan | 150.00 | 150.00 | DA | 0.00 | FA |
| 7 | 1994 Pontiac Grand Am, 119,000 miles, condition | 1,525.00 | 1,525.00 | DA | 0.00 | FA |
| 8 | 1996 Ford Escort, 100,000 miles, condition "good | 1,825.00 | 1,825.00 | DA | 0.00 | FA |
| 9 | Interest in estate of Clara Hayes | Unknown | 0.00 | | 19,690.24 | 0.00 |
| Int | INTEREST (u) | Unknown | N/A | | 0.60 | FA |
| 10 | Assets   Totals (Excluding unknown values) | $4,435.00 | $4,435.00 | | $19,690.84 | $0.00 |

**Major Activities Affecting Case Closing:**

Distribution made 9/2/11

**Initial Projected Date Of Final Report (TFR):** March 31, 2011     **Current Projected Date Of Final Report (TFR):** July 19, 2011 (Actual)

# Form 2
## Cash Receipts And Disbursements Record

Case Number: 09-38035
Case Name: JONES, BRIAN S
JONES, SANDRA L
Taxpayer ID #: **-***3442
Period Ending: 10/12/11

Trustee: CHARLES J. MYLER (330510)
Bank Name: The Bank of New York Mellon
Account: 9200-******04-65 - Money Market Account
Blanket Bond: $5,000,000.00 (per case limit)
Separate Bond: N/A

| 1 Trans. Date | 2 {Ref#} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/18/11 | {9} | Clara Hayes Estate | Share of probate estate | 1129-000 | 19,690.24 | | 19,690.24 |
| 04/25/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 19,690.27 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 19,690.30 |
| 05/05/11 | 1001 | Sandra Jones | Exemption | 8100-002 | | 3,558.00 | 16,132.30 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 16,132.45 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 16,132.58 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 16,132.71 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 16,132.84 |
| 09/02/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0000% | 1270-000 | 0.00 | | 16,132.84 |
| 09/02/11 | | To Account #9200******0466 | | 9999-000 | | 16,132.84 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 19,690.84 | 19,690.84 | $0.00 |
| Less: Bank Transfers | | 0.00 | 16,132.84 | |
| Subtotal | | 19,690.84 | 3,558.00 | |
| Less: Payments to Debtors | | | 3,558.00 | |
| NET Receipts / Disbursements | | $19,690.84 | $0.00 | |

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 09-38035
**Case Name:** JONES, BRIAN S
JONES, SANDRA L
**Taxpayer ID #:** **-***3442
**Period Ending:** 10/12/11

**Trustee:** CHARLES J. MYLER (330510)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******04-66 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/02/11 | | From Account #9200******0465 | | 9999-000 | 16,132.84 | | 16,132.84 |
| 09/02/11 | 101 | CHARLES J. MYLER | Dividend paid 100.00% on $1,478.59, Trustee Compensation; Reference: Voided on 09/02/11 | 2100-003 | | 1,478.59 | 14,654.25 |
| 09/02/11 | 101 | CHARLES J. MYLER | Dividend paid 100.00% on $1,478.59, Trustee Compensation; Reference: Voided: check issued on 09/02/11 | 2100-003 | | -1,478.59 | 16,132.84 |
| 09/02/11 | 102 | Charles J. Myler | Dividend paid 100.00% on $13.47, Trustee Expenses; Reference: Voided on 09/02/11 | 2200-003 | | 13.47 | 16,119.37 |
| 09/02/11 | 102 | Charles J. Myler | Dividend paid 100.00% on $13.47, Trustee Expenses; Reference: Voided: check issued on 09/02/11 | 2200-003 | | -13.47 | 16,132.84 |
| 09/02/11 | 103 | Myler, Ruddy & McTavish | Dividend paid 100.00% on $3,965.00, Attorney for Trustee Fees (Trustee Firm); Reference: Voided on 09/02/11 | 3110-003 | | 3,965.00 | 12,167.84 |
| 09/02/11 | 103 | Myler, Ruddy & McTavish | Dividend paid 100.00% on $3,965.00, Attorney for Trustee Fees (Trustee Firm); Reference: Voided: check issued on 09/02/11 | 3110-003 | | -3,965.00 | 16,132.84 |
| 09/02/11 | 104 | Illinois Department of Revenue | Dividend paid 100.00% on $101.70; Claim# 3P; Filed: $101.70; Reference: Voided on 09/02/11 | 5800-003 | | 101.70 | 16,031.14 |
| 09/02/11 | 104 | Illinois Department of Revenue | Dividend paid 100.00% on $101.70; Claim# 3P; Filed: $101.70; Reference: Voided: check issued on 09/02/11 | 5800-003 | | -101.70 | 16,132.84 |
| 09/02/11 | 105 | B-Real, LLC | Dividend paid 100.00% on $376.00; Claim# 1; Filed: $376.00; Reference: Voided on 09/02/11 | 7100-003 | | 376.00 | 15,756.84 |
| 09/02/11 | 105 | B-Real, LLC | Dividend paid 100.00% on $376.00; Claim# 1; Filed: $376.00; Reference: Voided: check issued on 09/02/11 | 7100-003 | | -376.00 | 16,132.84 |
| 09/02/11 | 106 | Roundup Funding, LLC | Dividend paid 100.00% on $1,138.65; Claim# 2; Filed: $1,138.65; Reference: Voided on 09/02/11 | 7100-003 | | 1,138.65 | 14,994.19 |
| 09/02/11 | 106 | Roundup Funding, LLC | Dividend paid 100.00% on $1,138.65; Claim# 2; Filed: $1,138.65; Reference: Voided: check issued on 09/02/11 | 7100-003 | | -1,138.65 | 16,132.84 |
| 09/02/11 | 107 | Illinois Department of Revenue | Dividend paid 100.00% on $40.10; Claim# 3U; Filed: $40.10; Reference: Voided on 09/02/11 | 7100-003 | | 40.10 | 16,092.74 |

Subtotals: $16,132.84   $40.10

Exhibit 9

Page: 3

# Form 2

## Cash Receipts And Disbursements Record

Case Number: 09-38035
Case Name: JONES, BRIAN S
JONES, SANDRA L
Taxpayer ID #: **-***3442
Period Ending: 10/12/11

Trustee: CHARLES J. MYLER (330510)
Bank Name: The Bank of New York Mellon
Account: 9200-*****04-66 - Checking Account
Blanket Bond: $5,000,000.00 (per case limit)
Separate Bond: N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/02/11 | 107 | Illinois Department of Revenue | Dividend paid 100.00% on $40.10; Claim# 3U; Filed: $40.10; Reference: Voided; check issued on 09/02/11 | 7100-003 | | -40.10 | 16,132.84 |
| 09/02/11 | 108 | Vativ Recovery Solutions LLC | Dividend paid 100.00% on $160.00; Claim# 4; Filed: $160.00; Reference: Voided on 09/02/11 | 7100-003 | | 160.00 | 15,972.84 |
| 09/02/11 | 108 | Vativ Recovery Solutions LLC | Dividend paid 100.00% on $160.00; Claim# 4; Filed: $160.00; Reference: Voided: check issued on 09/02/11 | 7100-003 | | -160.00 | 16,132.84 |
| 09/02/11 | 109 | Roundup Funding, LLC | Dividend paid 100.00% on $7.75; Claim# 2I; Filed: $7.75; Reference: Voided on 09/02/11 | 7990-003 | | 7.75 | 16,125.09 |
| 09/02/11 | 109 | Roundup Funding, LLC | Dividend paid 100.00% on $7.75; Claim# 2I; Filed: $7.75; Reference: Voided: check issued on 09/02/11 | 7990-003 | | -7.75 | 16,132.84 |
| 09/02/11 | 110 | JONES, BRIAN S | Dividend paid 100.00% on $8,846.97; Claim# SURPLUS; Filed: $8,846.97; Reference: Voided on 09/02/11 | 8200-003 | | 8,846.97 | 7,285.87 |
| 09/02/11 | 110 | JONES, BRIAN S | Dividend paid 100.00% on $8,846.97; Claim# SURPLUS; Filed: $8,846.97; Reference: Voided: check issued on 09/02/11 | 8200-003 | | -8,846.97 | 16,132.84 |
| 09/02/11 | 111 | U.S. Bankruptcy Court | COMBINED SMALL CHECK Voided on 09/02/11 | 7990-003 | | 4.61 | 16,128.23 |
| 09/02/11 | 111 | U.S. Bankruptcy Court | COMBINED SMALL CHECK Voided: check issued on 09/02/11 | 7990-003 | | -4.61 | 16,132.84 |
| 09/02/11 | 112 | CHARLES J. MYLER | Dividend paid 100.00% on $1,478.59, Trustee Compensation; Reference: | 2100-000 | | 1,478.59 | 14,654.25 |
| 09/02/11 | 113 | Charles J. Myler | Dividend paid 100.00% on $13.47, Trustee Expenses; Reference: | 2200-000 | | 13.47 | 14,640.78 |
| 09/02/11 | 114 | Myler, Ruddy & McTavish | Dividend paid 100.00% on $3,965.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 3,965.00 | 10,675.78 |
| 09/02/11 | 115 | Illinois Department of Revenue | Dividend paid 100.00% on $101.70; Claim# 3P; Filed: $101.70; Reference: | 5800-000 | | 101.70 | 10,574.08 |
| 09/02/11 | 116 | B-Real, LLC | Dividend paid 100.00% on $376.00; Claim# 1; Filed: $376.00; Reference: | 7100-000 | | 376.00 | 10,198.08 |
| 09/02/11 | 117 | Roundup Funding, LLC | Dividend paid 100.00% on $1,138.65; Claim# 2; Filed: $1,138.65; Reference: | 7100-000 | | 1,138.65 | 9,059.43 |
| 09/02/11 | 118 | Illinois Department of Revenue | Dividend paid 100.00% on $40.10; Claim# 3U; Filed: $40.10; Reference: | 7100-000 | | 40.10 | 9,019.33 |
| 09/02/11 | 119 | Vativ Recovery Solutions LLC | Dividend paid 100.00% on $160.00; Claim# 4; | 7100-000 | | 160.00 | 8,859.33 |

Subtotals: $0.00 $7,233.41

# Form 2
## Cash Receipts And Disbursements Record

Case Number: 09-38035  
Case Name: JONES, BRIAN S  
JONES, SANDRA L  
Taxpayer ID #: **-***3442  
Period Ending: 10/12/11

Trustee: CHARLES J. MYLER (330510)  
Bank Name: The Bank of New York Mellon  
Account: 9200-*****04-66 - Checking Account  
Blanket Bond: $5,000,000.00 (per case limit)  
Separate Bond: N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Filed: $160.00; Reference: | | | | |
| 09/02/11 | 120 | B-Real, LLC | Dividend paid 100.00% on $2.56; Claim# 1I; Filed: $2.56; Reference: | 7990-000 | | 2.56 | 8,856.77 |
| 09/02/11 | 121 | Roundup Funding, LLC | Dividend paid 100.00% on $7.75; Claim# 2I; Filed: $7.75; Reference: | 7990-000 | | 7.75 | 8,849.02 |
| 09/02/11 | 122 | Vativ Recovery Solutions LLC | Dividend paid 100.00% on $1.09; Claim# 4I; Filed: $1.09; Reference: | 7990-000 | | 1.09 | 8,847.93 |
| 09/02/11 | 123 | Illinois Department of Revenue | Dividend paid 100.00% on $0.69; Claim# 3PI; Filed: $0.69; Reference: | 7990-000 | | 0.69 | 8,847.24 |
| 09/02/11 | 124 | Illinois Department of Revenue | Dividend paid 100.00% on $0.27; Claim# 3UI; Filed: $0.27; Reference: | 7990-000 | | 0.27 | 8,846.97 |
| 09/02/11 | 125 | JONES, BRIAN S | Dividend paid 100.00% on $8,846.97; Claim# SURPLUS; Filed: $8,846.97; Reference: | 8200-000 | | 8,846.97 | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 16,132.84 | 16,132.84 | $0.00 |
| Less: Bank Transfers | 16,132.84 | 0.00 | |
| Subtotal | 0.00 | 16,132.84 | |
| Less: Payments to Debtors | | 8,846.97 | |
| NET Receipts / Disbursements | $0.00 | $7,285.87 | |

| Net Receipts: | 19,690.84 |
|---|---|
| Less Payments to Debtor: | 3,558.00 |
| Net Estate: | $16,132.84 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 9200-*****04-65 | 19,690.84 | 0.00 | 0.00 |
| Checking # 9200-*****04-66 | 0.00 | 7,285.87 | 0.00 |
| | $19,690.84 | $7,285.87 | $0.00 |